PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

CASE NUMBER *(Tran. Court)*
2:17CR00397-01

CASE NUMBER *(Rec. Court)*

19-cr-00533-DDD

| | | |
|---|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br>Aygaz Ustyan | DISTRICT<br>Eastern District<br>of Pennsylvania<br><br>NAME OF SENTENCING JUDGE<br>The Honorable Mitchell S. Goldberg | DIVISION |

| DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>2-13-19 | TO<br>2-12-22 |
|---|---|---|

OFFENSE

18:1029(a)(1) and (2) trafficking of counterfeit access devices and aiding and abetting (Count One); 18:1029(a)(3) possession of 15 or more counterfeit access devices (Count Two); and 18:1028A(a)(1), (c)(4) aggravated identity theft and aiding and abetting (Counts Three through Seven)


### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

　　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*


11/27/19
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Colorado

　　　　IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.


*December 19, 2019*
_____
*Effective Date*

_____
*United States District Judge*

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

CASE NUMBER *(Tran. Court)*
2:17CR00397-01

CASE NUMBER *(Rec. Court)*

| | | |
|---|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br>Aygaz Ustyan<br>2596 S. Eagle Circle<br>Aurora, CO 80014 | DISTRICT<br>Eastern District<br>of Pennsylvania | DIVISION |
| | NAME OF SENTENCING JUDGE<br>The Honorable Mitchell S. Goldberg | |

| | | |
|---|---|---|
| DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>2-13-19 | TO<br>2-12-22 |

OFFENSE

18:1029(a)(1) and (2) trafficking of counterfeit access devices and aiding and abetting (Count One); 18:1029(a)(3) possession of 15 or more counterfeit access devices (Count Two); and 18:1028A(a)(1), (c)(4) aggravated identity theft and aiding and abetting (Counts Three through Seven)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/27/19
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Colorado

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*December 19, 2019*
_____
*Effective Date*

_____
*United States District Judge*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PROBATION OFFICE



**MATTHEW R. MACAVOY**
**CHIEF U.S. PROBATION OFFICER**

FEDERAL OFFICE BUILDING
600 ARCH STREET, SUITE 2400
PHILADELPHIA, PA    19106-1679
215-597-7950
FAX: 215-597-8856

November 21, 2019

**RECEIVED**

NOV **2 7** 2019

**U.S. Probation Office**
**Eastern District of PA**

**MEMORANDUM**

TO:  The Honorable Mitchell S. Goldberg

RE:  Aygaz Ustyan
Docket No.: 2:17CR00397-01
**Transfer of Jurisdiction**

On October 31, 2018, Aygaz Ustyan appeared before Your Honor for sentencing after pleading guilty to trafficking of counterfeit access devices and aiding and abetting (Count One); possession of 15 or more counterfeit access devices (Count Two); and aggravated identity theft and aiding and abetting (Counts Three through Seven). He was sentenced to six months and one day imprisonment, followed by three years of supervised release. He was also ordered to pay a $700.00 special assessment fee and restitution in the amount of $5,867.33.

On October 31, 2018, supervision of Mr. Ustyan's case was transferred to the District of Colorado. On November 5, 2019, the District of Colorado advised that they will accept transfer of jurisdiction.

Attached are two copies of the Probation Form 22 for Your Honor's consideration. If Your Honor is in agreement, please sign both forms and return them to our office for processing. Should Your Honor have any questions, please contact the undersigned officer at 267-299-4623.

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Julia K. Roberts
U.S. Probation Officer

JKR:et

attachments

Approved by: Valerie L. Riedel, Supervising
U.S. Probation Officer