# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19CR00533-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AYGAZ USTYAN

        Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You must reside in a Residential Reentry Center (RRC) for a period of 180 days, to commence as directed by the probation officer and must observe the rules of that facility. You may be discharged earlier than 180 days by the Probation Office, if you are determined to be in full compliance with conditions of supervision.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this _____ day of February, 2020.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge