PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# DENVER, DISTRICT OF COLORADO

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I Aygaz Ustyan, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation and supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation and supervised release or to the proposed extension of my term of supervision:

1. You must reside in a Residential Reentry Center (RRC) for a period of 180 days, to commence as directed by the probation officer and must observe the rules of that facility. You may be discharged earlier than 180 days by the Probation Office, if you are determined to be in full compliance with conditions of supervision.

Witness _____   Signed _____
        (U.S. Probation Officer)              (Probationer or Supervised Releasee)

                  02/10/20
                  (Date)