**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00533-DDD-1

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

AYGAZ USTYAN

       Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF
SUPERVISION**

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

1.  You must reside in a Residential Reentry Center (RRC) for a period of 180 days, to commence as directed by the probation officer and must observe the rules of that facility. You may be discharged earlier than 180 days by the Probation Office, if you are determined to be in full compliance with conditions of supervision.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

   DATED at Denver, Colorado, this __13th__ day of __February, 2020.__

                BY THE COURT:

                Daniel D. Domenico
                United States District Judge