**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00533-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AYGAZ USTYAN
        Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

        THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

        HAVING considered the probation officer's petition, the Court

____   ORDERS the issuance of an arrest warrant.

____   ORDERS the issuance of a summons.

____   DENIES the request.

        DATED at Denver, Colorado, this _Day_ day of April, 2020.

                                        BY THE COURT:

                                        _____
                                        Honorable Daniel D. Domenico
                                        United States District Judge