AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:19CR00533-1 |
|  | ) |
|  | ) |
| Aygaz Ustyan | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Aygaz Ustyan                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment       ❐ Superseding Indictment       ❐ Information       ❐ Superseding Information       ❐ Complaint

❐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ❐ Violation Notice       ❐ Order of the Court

This offense is briefly described as follows:

Ct. 1: POSSESSION AND USE OF A CONTROLLED SUBSTANCE; and
Ct. 2: FAILURE TO RESIDE IN/COMPLY WITH RULES OF RESIDENTIAL REENTRY
       CENTER (RRC).

Date: _____

*Issuing officer's signature*

City and state:   Denver, Colorado                              Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*