IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00533-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AYGAZ USTYAN,

       Defendant.

---

## NOTICE OF APPEARANCE
---

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Jennifer Beck
       JENNIFER BECK
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Jennifer_Beck@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

       Matthew Kirsch, Assistant United States Attorney
       Email: matthew.kirsch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

       Aygaz Ustyan (Via U.S. Mail)

       s/ Jennifer Beck
       JENNIFER BECK
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Jennifer_Beck@fd.org
       Attorney for Defendant