IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00533-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    AYGAZ USTYAN,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 1ST day of May, 2020.

                              JASON R. DUNN
                              United States Attorney

BY:    *s/*Bryan David Fields
         BRYAN DAVID FIELDS
         Assistant United States Attorney
         U.S. Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Phone: (303) 454-0100
         Fax: (303) 454-0401
         Email: Bryan.Fields@usdoj.gov
         Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ilmira Allazova*
Legal Assistant
U.S. Attorney's Office