AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Aygaz Ustyam | ) | Case No. |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/7/2020

Aygaz Ustyan by me — video consent 5/7/2020
*Defendant's signature*

Jennifer Beck by me — video consent 5/7/2020
*Signature of defendant's attorney*

_____
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

_____
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*