# EXHIBIT A

Dear Judge Hegarty,

My name is Edward Benitez, I am a warehouse supervisor at MM Warehouse and I can be reached at 720-590-9911. Aygaz has been employed at the warehouse for a couple of years now and typically works forty plus hours a week. He works in our warehouse making sure all of our customers are loaded/unloaded in an accurately and in a timely manner as well as making sure the warehouse is organized and clean. Aygaz is a very hard worker, he is dependable and completes his work quickly and accurately. He showed up to all scheduled shifts, and if for some reason he was not able to, he would communicate with us to let us know ahead of time. Aygaz works well with others and always has a positive impression on our customers. Aygaz has a job at the warehouse should he be released.

Sincerely,

Edward Benitez  
MM Warehouse - Warehouse Supervisor  
1963 S Jasper St.  
Unit J-K  
Aurora, CO 80011  
720-590-9911