# EXHIBIT B

Dear Judge Hegarty,

Thank you so much for taking the time to read my letter. My name is Desiree O'Farrell, Aygaz Ustyan's wife.  I am 31 years old and a Colorado native, born in Estes Park.  I have my bachelors degree in early childhood education and I taught preschool before going back to school to get my teaching license.  I am currently finishing up my third year teaching fifth grade in Aurora Public Schools. I met Aygaz through mutual friends three years ago. We were friends until about a year ago when we became a couple. Aygaz won me over with his huge heart and character of a gentleman. He is the type of man to go out of his way to help others, to mow his parents lawn or shovel their driveway while they are out of town. He's the type of husband who always opens the car door for me, and wants to carry in all the groceries so I don't have to carry anything. At home he goes above and beyond to help, he does the laundry, he will cook me breakfast and then clean the kitchen up afterwards. He also is the main breadwinner for our home, and we were planning on him picking up extra shifts at work so I could take the next school year off to stay home with the baby. Our daughter, Zina, was born on April 24th. She is the first child for both of us and named after his mother. Aygaz has a very supportive family who lives close to us.  We all want him to get help with his addiction, as we know he does as well.  Our top priority whenever he is released is to get him into a rehab center.  Our daughter and I need him home with us, to help not only financially but to be a husband and father as well.  However, I know none of this can take place until he gets treatment for his addiction and the longer he is in jail only prolongs his recovery.  Being on maternity leave, I am always home and am available to take him to all court and treatment appointments. Aygaz is a good man with an addiction, and I know when he is healthy he will be the amazing husband and father he's always wanted to be. I really appreciate you taking my letter into consideration.

Thank you,

Desiree O'Farrell