IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cr-00533-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AYGAZ USTYAN,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2020**.

      Before the Court is Defendant's Unopposed Motion to Reopen Detention Hearing Pursuant to 18 U.S.C. Section 3142(f)(2)(B) and to Release Mr. Ustyan (ECF 21). The Court will hold a hearing on the Motion by video conference (unless otherwise requested) on **Friday, June 19, 2020**, at **10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.