IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-CR-00533-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AYGAZ USTYAN,

       Defendant.

**JOINT MOTION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING AND REQUEST TO FILE A JOINT STATUS REPORT**

Defendant, Aygaz Ustyan, through counsel, respectfully moves the Court to continue the supervised release violation hearing currently scheduled for Thursday, July 9, 2019 at 1:30 p.m.  The government, through Bryan Fields, Assistant United States Attorney, joins in Mr. Ustyan's request to continue this hearing.  As set forth in more detail below, the parties respectfully request that proceedings in this matter be continued for at least 60 days so they can have time to 1) assess Mr. Ustyan's participation in a substance abuse program and 2) discuss a possible resolution involving this case in light of Mr. Ustyan's participation in any such program.

    1.    Mr. Ustyan began serving a three-year period of supervised release in this case on February 13, 2019. Doc. No. 2.  His supervision was transferred from the Eastern District of Pennsylvania on November 27, 2019. Doc. No. 1.

    2.    On April 27, 2020, the U.S. Probation Office filed a petition to revoke supervised release, alleging multiple "technical" violations. Doc. No. 6.

3. Mr. Ustyan was arrested on the petition on April 30, 2020. Doc. No. 9. He was ordered detained by Magistrate Judge Hegarty on May 7, 2020. Doc. No. 19. Magistrate Judge Hegarty detained Mr. Ustyan pending his finding a bed in an in-patient drug treatment program. Doc. No. 19. Magistrate Judge Hegarty indicated he would be willing to release Mr. Ustyan once a bed in an in-patient facility became available. *Id.* Undersigned counsel and USPO Bath spent almost 8 weeks attempting to get Mr. Ustyan into an in-patient facility, but because of COVID-19, many facilities were not admitting new patients into their programs. *See* Doc. No. 21. Mr. Ustyan moved to reopen the detention hearing after the Federal Detention Center, where he was a pretrial inmate, reported cases of COVID-19 among the inmate population. *Id.*

4. On June 19, 2020, Magistrate Judge Hegarty reopened the detention hearing and released Mr. Ustyan to reside at his parents' house, self-quarantine for 14 days, and enter a drug treatment program when a bed in the program becomes available. Doc. Nos. 24, 25, 26.

5. The parties strongly prefer for Mr. Ustyan to enter a program and engage in treatment before proceeding to a final revocation hearing. Mr. Ustyan's Final Supervised Release Violation Hearing is currently scheduled for Thursday, July 9, 2019, at 1:30 p.m. Doc. No. 10.

6. The parties jointly request the Final Supervised Release Violation Hearing in this matter be continued for at least 60 days so they can have time to assess Mr. Ustyan's participation in a substance abuse program and to discuss a possible resolution involving this case in light of Mr. Ustyan's participation in any such program.

7.     The parties also request leave to file a joint status report in 60 days in order to update the Court about Mr. Ustyan's admission into, and progress in, his in-patient program.  At that time, the parties may seek an additional continuance of the Final Revocation Hearing depending on the status of Mr. Ustyan's participation in an in-patient program.

WHEREFORE, the parties respectfully request the proceedings in this matter be continued for at least 60 days and leave to file a status report with the Court regarding Mr. Ustyan's participation in a substance abuse program.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Bryan Fields, AUSA
    Email: Bryan.Fields@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Aygaz Ustyan      (via Mail)

                                             s/ Jennifer Beck
                                             JENNIFER BECK
                                             Assistant Federal Public Defender
                                             633 17th Street, Suite 1000
                                             Denver, CO  80202
                                             Telephone:  (303) 294-7002
                                             FAX:  (303) 294-1192
                                             Jennifer_Beck@fd.org
                                             Attorney for Defendant