IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00533-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AYGAZ USTYAN,

    Defendant.

## PARTIES' JOINT STATUS REPORT

The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, through Assistant United States Attorney Bryan David Fields, and Aygaz Ustyan, through his attorney Assistant Federal Public Defender Jennifer Beck, hereby file this joint status report pursuant to the Court's Order of June 26, 2020, ECF No. 28.  The current status of this case is that the defendant entered an in-patient drug treatment program on August 24, 2020.  The parties request a 90-day adjournment of the proceedings in this matter to assess the defendant's participation in the program. Doing so will provide the parties, and the Court, with more information useful for evaluating whether the defendant's supervision should be revoked and, if so, what the

punishment for any violations should be.

| | |
|---|---|
| JASON R. DUNN<br>United States Attorney<br>District of Colorado | VIRGINIA GRADY<br>Federal Public Defender |
| By:   s/ *Bryan David Fields*<br>BRYAN DAVID FIELDS<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone 303-454-0100<br>Facsimile 303-454-0402<br>Bryan.Fields3@usdoj.gov<br>Attorney for the Government | /s Jennifer Beck<br>JENNIFER BECK<br>Assistant Federal Public Defender<br>633 17th Street, Suite 1000<br>Denver, CO 80202<br>Telephone:  303-294-7002<br>FAX: 303-294-1192<br>Jennifer_Beck@fd.org<br>Attorney for Defendant |