CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Aygaz Ustyan                                Dkt. No. 1:19CR00533-1

## Petition for Warrant on Defendant On Pretrial Release

Comes now, Daniel Bath United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Aygaz Ustyan, who was placed under pretrial release supervision, pending supervised release revocation, by the Honorable Michael E. Hegarty, sitting in the Court at Denver Colorado, on June 19, 2020.  As noted in the Order Setting Conditions of Release (Document 26), the Court ordered conditions of pretrial release.  The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

**1. The defendant shall not use or unlawfully possess a narcotic drug or other controlled substance**

On July 18, 2020, the defendant submitted to a random urinalysis at Independence House that tested positive for marijuana.

On July 28, 2020, I spoke with the defendant, and he admitted to ingesting a cannabidiol (CBD) that he purchased at a gas station on or about July 18, 2020.  The defendant was verbally admonished and warned of possible consequences should his noncompliance continue.  The defendant was advised to apply to the Step Denver inpatient program on July 29, 2020, as this was their first day accepting new applications since closing for the COVID-19 pandemic. The defendant was given this opportunity so he could work on and address his substance abuse disorder. The defendant successfully entered Step Denver on August 25, 2020. Unfortunately, the defendant was unsuccessfully discharged from Step Denver on September 21, 2020, for breaking curfew.

**2. The defendant shall not use or unlawfully possess a narcotic drug or other controlled substance**

On August 3, 2020, the defendant submitted to a random urinalysis at Independence House that tested positive for cocaine.

On August 14, 2020, I spoke with the defendant, and he admitted to ingesting cocaine and fentanyl that he found in his car on August 2, 2020.  The defendant was verbally admonished and warned of possible consequences should his noncompliance continue.  The defendant was advised to enter the 6-month inpatient program, Step Denver, when the first bed is available. The defendant was given this opportunity so he could work on and address his substance abuse disorder. The defendant successfully entered Step Denver on August 25, 2020. Unfortunately, the defendant was unsuccessfully discharged from Step Denver on September 21, 2020, for breaking curfew.

| | | |
|---|---|---|
| Aygaz Ustyan<br>1:19CR00533-1 | Petition on Pretrial Release<br>Page - 2 | 9/23/2020 |

### 3. **Failure to participate in (drug/alcohol) testing as directed by the probation officer**

On September 22, 2020, I instructed the defendant to submit a urinalysis test at Independence House South. The defendant missed this scheduled urinalysis test.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violation(s) of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

### ORDER OF THE COURT

I declare under the penalty of perjury
that the foregoing is true and correct.

*s/Daniel Bath*
United States Probation Officer
Date:    September 23, 2020

Considered and ordered filed under seal and made a part of the record in the above case.

*s/Edgar T. Ruiz*
Supervising Probation Officer

Michael E. Hegarty
U.S. Magistrate Judge

Date:    September 23, 2020

Date:  09/24/2020