IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00533-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AYGAZ USTYAN,

    Defendant.

## ORDER OF REVOCATION AND DETENTION

This matter was before the Court on a Petition for Warrant on Defendant on Pretrial Release (ECF 32), on October 5, 2020. Assistant United States Attorney Brian Fields represented the government, and Jennifer Beck represented the Defendant. The Defendant waived preliminary hearing on the alleged violations and waived detention.

This matter arises from a conviction out of the Eastern District of Pennsylvania. Post-sentence supervision was transferred to this Court on December 19, 2019. In connection with an allegation of supervised release violation (ECF 6, superseded at ECF 16), at the detention hearing on that matter, I ordered Defendant released on conditions, including placement in a drug treatment program. Defendant has violated my order of release, including his discharge from Step Denver due to breaking curfew, and his positive test for cocaine and fentanyl.

At the hearing, the evidence established the violations. Therefore, I revoke my release order and order Defendant detained under 28 U.S.C. § 3148(a) ("person who has been released under section 3142 of this title, and who has violated a condition of release, is subject to a revocation of release [and] an order of detention"), because, under subsection (b)(1) of that statute, I find, after a hearing, that there is clear and convincing evidence that Defendant has violated a condition of release. Also under subsection (b)(2) of that statute, I find that Defendant is unlikely to abide by the condition of release that he refrain from the possession and use of prohibited substances. Thus, he should be detained by the U.S. Marshal Service until his appearance before Judge Domenico on the original petition.

Defendant's prehearing release is **revoked**, and Defendant is ordered **detained**.

SO ORDERED.

DATED and ENTERED this 6th day of October, 2020.

By the Court:

S/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge