IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00533-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AYGAZ USTYAN,

    Defendant.

## PARTIES' JOINT STATUS REPORT

    The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney, and Aygaz Ustyan, through his attorney Assistant Federal Public Defender Jennifer Beck, hereby file this joint status report pursuant to the Court's Order of October 5 2020, ECF No. 41.

    1.    On April 30, 2020, Mr. Ustyan was arrested on a warrant issued in connection with a Petition for Warrant of Offender Under Supervision alleging that he violated his supervised release by using a controlled substance and violating the rules of the residential reentry center where he had been placed.  ECF Nos. 6, 8, 10.  After a detention hearing, he was detained until a spot could be found for him at an inpatient treatment facility.  ECF No. 19.

    2.    After six weeks of waiting in detention for a spot at an inpatient facility to open, on June 12, 2020, Mr. Ustyan filed an unopposed motion to be released into the

custody of his parents while he continued to wait. The court granted the motion and the defendant was released on June 19, 2020.  ECF No. 29.

3. On August 3, 2020 the Probation Officer notified the government that Mr. Ustyan had allegedly violated the conditions of his release by testing positive for the use of cocaine.  On August 25, 2020, Mr. Ustyan entered the Step Denver treatment program.  ECF No. 32.

4. On September 24, 2020 the Probation Officer filed a Petition for Warrant on Defendant on Pretrial Release alleging that Mr. Ustyan had violated the conditions of his release by testing positive for marijuana, for being unsuccessfully discharged from Step Denver after missing curfew, and for missing a urinalysis test.  ECF No. 32.  Mr. Ustyan was arrested on September 30, 2020 and made an appearance in court that same day.  Mr. Ustyan subsequently waived a probable cause hearing and a detention hearing.  ECF No. 36.  A detention order was issued on October 5, 2020.  ECF Nos. 39, 40.

5. The parties have consulted with one another and respectfully request that the matter be set for a final revocation hearing at the earliest available opportunity.  The defendant does consent, after consultation with counsel, to conducting the final revocation hearing by video teleconference or, if it is not available, by telephone conference.  The defendant is currently detained at the Denver Downtown Detention Center, which is not capable of facilitating a video or telephone conference.  Mr. Ustyan will have to be transported from the Denver Downtown Detention Center to the US

Marshal lockup, where he can appear by videoteleconference.

Respectfully submitted,

| | |
|---|---|
| JASON R. DUNN | VIRGINIA GRADY |
| United States Attorney | Federal Public Defender |
| District of Colorado | |
| | |
| By:   s/ *Bryan David Fields* | */s Jennifer Beck* |
| BRYAN DAVID FIELDS | JENNIFER BECK |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 1801 California Street, Suite 1600 | 633 17th Street, Suite 1000 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone 303-454-0100 | Telephone:  303-294-7002 |
| Facsimile 303-454-0402 | FAX: 303-294-1192 |
| Bryan.Fields3@usdoj.gov | Jennifer_Beck@fd.org |
| Attorney for the Government | Attorney for Mr. Ustyan |

The filer of this joint status report, Bryan Fields, hereby certifies that the foregoing complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov