IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00533-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    AYGAZ USTYAN,

    Defendant.

## MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY

The United States of America, through Jason R. Dunn, United States Attorney for the District of Colorado, by Matthew T. Kirsch, Assistant U.S. Attorney, hereby files its Motion to Withdraw Assistant U.S. Attorney, Matthew T. Kirsch, as counsel of record in the above-captioned case. Assistant U.S. Attorney Bryan Fields will remain the counsel of record in this case.

Dated this 18th day of November, 2020.

                                      Respectfully submitted,

                                      JASON R. DUNN
                                      United States Attorney

By:    By: *s/ Matthew T. Kirsch*
           MATTHEW T. KIRSCH
           Assistant United States Attorney
           U.S. Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Telephone: (303) 454-0100
           E-mail: matthew.kirsch@usdoj.gov
           Attorney for the United States

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of November, 2020, I electronically filed the foregoing **MOTION TO WITHDRAW ASSISTANT U.S. ATTORNEY** using the CM/ECF system which will send notification of such filing to counsel on record.

                                            *s/ Mariah Hill*
                                            MARIAH HILL
                                            Legal Assistant
                                            United States Attorney's Office
                                            1801 California Street, Suite 1600
                                            Denver, CO 80202