# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Daniel D. Domenico

Criminal Case No. **19-cr-00533-DDD**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AYGAZ USTYAN,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Supervised Release Violation hearing held before the Honorable Daniel D. Domenico, United States District Judge, on November 23, 2020, it is hereby

ORDERED that Defendant, AYGAS USTYAN is sentenced to **TIME SERVED.**

DATED:  November 23, 2020.

    BY THE COURT:

    Daniel D. Domenico
    United States District Judge