# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover<br>Court Reporter:        Tracy Weir<br>Probation:                 Daniel Bath | Date: November 23, 2020<br><br>Interpreter:   N/A |

**CASE NO.   19-cr-00533-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| AYGAZ USTYAN, | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:**   Supervised Release Violation - TELECONFEENCE

**10:40 a.m.**   **Court in session**.

Defendant present in custody via teleconference and consents to this hearing being held telephonically. All counsel and the probation officer are present via telephone only.

Defendant sworn.

The defendant waives his right to a hearing on the charged violations.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.   The Court reviews the charged violations with the defendant.

Defendant admits the five (5) alleged violation.

Parties received and reviewed the supervised release violation report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report.

The government **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release violation report.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.   Counsel are offered the opportunity for further argument.   No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Supervised release is **REVOKED**.   Defendant is sentenced to a term of **TIME SERVED, eighteen (18) months supervised release and the remainder owed in restitution of $1,842.33 .**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:14 a.m.     Court in recess.**

Total Time:    34 minutes.
Hearing Concluded.